# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC M. WEGFAHRT, et al.,** *Plaintiffs* v. **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,** *Defendant* | Case No. 5:19-cv-04493-JDW |

## ORDER

**AND NOW**, this 25th day of November, 2019, upon consideration of Defendant Allstate Fire and Casualty Insurance Company's Motion to Dismiss (ECF No. 6), Plaintiffs' Response in Opposition (ECF No. 9), and Allstate's Reply (ECF No. 11), and for the reasons set forth in the Court's accompanying Memorandum, it is **ORDERED** that Defendant's Motion is **GRANTED**, and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. The Clerk of Court shall close this case for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.